1  HEATHER E. WILLIAMS, Bar #122664
Federal Defender
2  ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
3  Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
Telephone: (559) 487-5561
5

6              IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11    IN RE IVAN VON STAICH,             )  Case No. 80-cr-0027
                                        )
12         *Parolee,*                    )  **APPLICATION AND ORDER APPOINTING**
                                        )  **COUNSEL**
13                                       )
                                        )
14                                       )
                                        )
15                                       )
                                        )
16    _____    )

17

18         Parolee, Ivan Von Staich, through the Federal Defender for the Eastern District of

19  California, hereby requests appointment of counsel for purposes of his pending parole violation

20  in Case No. 80-cr-0027 (E.D. Cal.) referenced in the attached documents. Mr. Von Staich was

21  granted parole in his state case on October 16, 2020, and was transferred to Fresno County jail

22  on or about December 4, 2020, and is currently pending proceedings in the above reference

23  matter.

24         Mr. Von Staich submits the attached Financial Affidavit as evidence of his inability to

25  retain counsel. After reviewing Mr. Von Staich Financial Affidavit, it is respectfully

26  recommended that counsel be appointed.

27

28

1

2

3

4

DATED:  January 26, 2021          _____/s/ Erik V. Kersten_____
                                   ERIC V. KERSTEN
                                   Assistant Federal Defender
                                   Branch Chief, Fresno Office

5

**O R D E R**

6

7

Having satisfied the Court that Ivan Von Staich is financially unable to retain counsel, the

Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

8

9

IT IS SO ORDERED.

10

11

Dated:   **January 27, 2021**          /s/ *Barbara A. McAuliffe*          _
                                        UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**U.S. Department of Justice**
United States Parole Commission

1301 Shoreway Road, Fourth Floor
Belmont, California 94002

September 21, 1989

Ivan Staich
State No. E-10079              Reg. No. 71260-012
California State Prison at Folsom
Represa, CA  95671

Dear Mr. Staich:

The Commission has reviewed your case relative to the detainer
currently filed against you based on a U.S. Parole Commission
violator warrant.

It is the decision of the Commission to let the detainer stand and
schedule an institutional revocation hearing upon return to
federal custody.

Sincerely,

Janet Atkins
Social Science Technician


cc:   USPO Timothy Hernandez
      202 E. Airport Drive, #100
      San Bernardino, CA  92408


      Warden
      California State Prison at Folsom
      Represa, CA  95671


      U.S. Marshal
      1020 U.S. Courthouse
      650 Capitol Mall
      Sacramento, CA  95814

# Memorandum



| Subject: WARRANT APPLICATION AND WARRANT | Date Warrant Issued: |
|---|---|
| Case of:  Staich, Ivan Von<br>         Reg. No. 71260-012 | December 8, 1983 |

To: United States Marshal
   Los Angeles, California

From: Jack L. Weeks
      Post Release Analyst

Enclosed are copies of Warrant Application and Warrant in duplicate, issued by the United States Parole Commission for the above-named parolee. Notify the ——— Western ——— Regional Office of all developments concerning the disposition of this warrant.

☐1. Please assume custody as soon as possible or when located. NOTE: if the parolee is already in the custody of federal or state authorities, *do not execute this warrant.* Place a detainer and notify the Commission for further instructions. Also, if a criminal arrest warrant has been issued for this parolee, execution of such criminal warrant shall take precedence and the Parole Commission is to be notified before its warrant may be executed.

☐2. The parolee is awaiting trial or sentencing on new charges: hold the warrant in abeyance until you receive further instructions. *Do not execute the warrant if the parolee is released on bond.* A detainer is not to be filed.

☒3. The parolee is awaiting trial or sentencing on new charges: place a detainer and assume custody when released.

☒4. If the prisoner is sentenced to a new State term of imprisonment, place the warrant as a detainer and indicate the institution designated for service of sentence.

☐5. If the prisoner is sentenced to a new Federal term of imprisonment, return the warrant unexecuted to the issuing region and indicate which institution has been designated.

☐6. See attached special instructions.

PROBATION OFFICER: Please keep the Commission advised of all further developments in this case.

Copy to U.S.P.O.:   Timothy J. Hernandez, USPO, Santa Ana, California

---

PROCEDURE: After execution of the warrant give one copy of Warrant Application to the prisoner; furnish one copy to the U.S. Probation Officer as soon as practical after taking custody; and advise the Regional Office of the Parole Commission which issued the Warrant that subject is in custody. Give the place of confinement, and the date Warrant was executed. When prisoner is returned to the designated institution, leave Warrant Application and one Warrant with Warden. Make your return on the other Warrant to the Regional Commissioner of the region where it was issued.

NOTE: If there has been a conviction of an offense committed while under supervision, no preliminary interview by a Probation Officer will be conducted unless the Commission orders otherwise.

**U.S. Department of Justice**
United States Parole Commission

| | |
|---|---|
| TO: United States Parole Commission. Region _____ Western | Date _____ |
| Case of _____ Seaton, Evan Von | Reg. No. _____ |
| Race _____ White _____ Birth Date _____ 6-30-50 | FBI No. _____ |
| (Sentence) (Special Parole) began _____ 7-5-80 _____ District from _____ N/CA | |
| Original offense _____ Making Threatening Communications | |
| Sentence _____ 5 years 4205(A) Regular Adult _____ Released _____ 11-14-80 | |
| District to _____ C/CA _____ Transferred to _____ M.R. _____ Parole _____ | |
| Violation date _____ 3-7-83 _____ Termination date _____ 3-5-85 | |

You shall, unless you have been convicted of a new offense, be given a preliminary interview by an official designated by a Regional Commissioner to determine if there is probable cause to believe that you have violated the conditions of your release, and if so, whether to release you or hold you for a revocation hearing.

At your preliminary interview and any subsequent revocation hearing you may present documentary evidence and voluntary witnesses on your behalf, and, if you deny the charge(s) against you, you may request the presence of those persons who have given information upon which the charges are based. Such witnesses will be made available for questioning unless good cause is found for their non-appearance.

You may be represented by an attorney or other representative of your choice, or, if you are unable to pay for counsel, an attorney will be provided by the U.S. District Court if you fill out and promptly return a Form CJA-22 to a U.S. Probation Officer.

If, after a revocation hearing, you are found to have violated the conditions of your release the Commission may: (1) restore you to supervision, and, if appropriate, (a) reprimand you; (b) modify your conditions of supervision; or (c) refer you to a residential community treatment center for the remainder of your sentence; or (2) revoke your parole or mandatory release, in which case the Commission will also decide when to consider you for further release.

CHARGES:

1. VIOLATION OF SPECIAL CONDITION:

   On 12-7-83 subject violated a special condition imposed by the U. S. Parole Commission by making a personal home visit to the residence of Cindi Topper nee Seis according to U. S. Probation Officer Hernandez in telephone call of 12-8-83.

2. MURDER:

   On 12-8-83 subject caused the death of Robert Topper by shooting him with a pistol according to U. S. Probation Officer Hernandez in telephone call of 12-8-83.

3. ATTEMPTED MURDER:

   On 12-8-83 subject attempted to cause the death of Cindi Topper by pistol whipping and causing great bodily injury and hospitalization according to U. S. Probation Officer Hernandez in telephone call of 12-8-83.

   Subject is currently in custody of the Orange County Sheriff.

| | |
|---|---|
| Date Warrant Issued _____ 12-8-83 | Warrant recommended by: |
| District to which sent _____ C/CA | U.S. Parole Commission |
| lar _____ #3 and #4 | |

**Institution Copy**

# UNITED STATES MARSHALS SERVICE
# DETAINER
(See USMM 622.04)

## UNITED STATES MARSHAL

### CENTRAL DISTRICT OF CALIFORNIA

### 312 NORTH SPRING STREET ROOM G33, LOS ANGELES, CA 90012

TO:
CALIFORNIA MEN'S COLONY-EAST
P.O. BOX 8101
SAN LUIS OBISPO, CA 93403

ATTN: WARRANTS & DETAINERS

| | |
|---|---|
| DATE: | 05/04/93 |
| CASE: | 71260-012 |
| SUBJECT: | STAICH, IVAN VON |
| BKG: | E-10079 |
| CHG: | 18USC4213 |
| ISSUED: | 12/08/83    C/CA |
| BAIL: | NONE |

*Superseding Detainer*

. Please accept this Detainer against the above-named subject who is currently in your custody.

When the subject is to be released from your custody, please notify this office at once so that we may assume custody if necessary. If subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at time of transfer and advise this office.

The notice requirements of the Speedy Trial Act of 1974 (P.L. 93-619) apply if the Detainer is based on pending Federal criminal charges which have not yet been tried. The notice requirement provisions do not apply to Detainers lodged for charges which have already been tried or for which no trial is required, such as parole revocation Detainers or sentencing Detainers. Further, the notice requirement provisions would not apply to Detainers lodged against prisoners who have not yet been sentenced at the time the Detainer is lodged. If there is an "X" mark in the following space, the notice requirements of the Speedy Trial Act apply and you are requested to give a copy of the Detainer to the prisoner and to complete the attached Form USM-17, NOTIFICATION REQUIREMENTS—SPEEDY TRIAL ACT, in duplicate, and return both copies of the Form USM-17 to this office with receipted copies 2 and 3 of this Detainer. ☐

Special instructions also apply when the Detainer is based on a warrant issued by the U.S. Parole Commission. If there is an "X" mark in the following space, please follow the instructions on the reverse of this form, acknowledge receipt on copies 2 and 3 of this Detainer and return them to this office in the enclosed self-addressed envelope. ☒

If there are no "X" marks in the above blocks, no further action is required except you are requested to give a copy of the Detainer to the Prisoner and to acknowledge receipt of this Detainer on copies 2 and 3 and return them to this office in the enclosed self-addressed envelope.

Very truly yours,

| RECEIPT |
|---|
| Date: _____ |
| Signed: _____ |
| Title: _____ |

CRAIG L. MEACHAM
United States Marshal

BY: ROSARIO BRISENO
ENFORCEMENT 213-894-6800/mla

1 - INSTITUTION

# DETAINER

FORMERLY LAA-121 FORM USM 16
(Rev. 8/23/77)
PRIOR EDITIONS ARE OBSOLETE ·
AND NOT TO BE USED

## SPECIAL INSTRUCTIONS

2. Please read or show the following to the subject:

"You are hereby advised that a Detainer has been filed against you on the basis of a warrant issued by the U.S. Parole Commission. You may submit to the Commission any information you would like considered by the Commission in disposing of the warrant. Upon receipt of such information, your case will be reviewed and, if deemed appropriate, a representative of the Parole Commission will personally interview you prior to any action being taken on the warrant."

The foregoing was read to or by subject and a copy of the warrant application and a copy of this Detainer were delivered to him on this _____-7H_____ day of____ )(.( ) ℓ_____ _____,
19 ⊄7.

| Signed: | Title: |
|---------|--------|
| K E Calate | /: . . f Mu iul 'terus . le ) I |